UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 4:20-cv-10076-JLK

KEY WEST BAR PILOTS
ASSOCIATION,

    Plaintiff,

v.

R. JOYCE GRIFFIN, in her official capacity as
SUPERVISOR OF ELECTIONS FOR MONROE
COUNTY, FLORIDA; the CITY OF KEY WEST,
a municipal corporation of the State of Florida; and
KEY WEST COMMITTEE FOR SAFER CLEANER
SHIPS, INC., a Florida non-profit corporation,

    Defendants.

_____/

## ORDER SETTING NON-JURY TRIAL

THIS MATTER comes before the upon Preliminary Pretrial Conference Hearing held on July 20, 2020.  After careful review and being fully advised in the premises thereof it is

ORDERED, ADJUDGED, and DECREED that the above-referenced case is hereby set for Non-Jury Trial.  Therefore, counsel for the respective parties are hereby required to appear before the Court via Zoom on **Wednesday, August 12, 2020 at 9:30 a.m.**

Please remember to check in at least 15 minutes prior to start of hearing time.

FLSD Room 17 is inviting you to a scheduled ZoomGov meeting.

Join ZoomGov Meeting

https://www.zoomgov.com/j/1616140829?pwd=K2dMQkxpT0dpcldDNjUvNEN3YXFGdz09

Meeting ID: 161 614 0829

Password: 524276

One tap mobile

+16692545252,,1616140829#,,,,0#,,524276# US (San Jose)

+16468287666,,1616140829#,,,,0#,,524276# US (New York)

Dial by your location

    +1 669 254 5252 US (San Jose)

    +1 646 828 7666 US (New York)

Meeting ID: 161 614 0829

Password: 524276

Find your local number: https://www.zoomgov.com/u/adFB8rkVvG

Join by SIP

1616140829@sip.zoomgov.com

Join by H.323

161.199.138.10 (US West)

161.199.136.10 (US East)

Meeting ID: 161 614 0829

Password: 524276

Join by Skype for Business

https://www.zoomgov.com/skype/1616140829

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 20th day of July, 2020.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record