# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST CIVIL DIVISION
CASE NO.: 4:20-CV-10076-JLK
Honorable Judge James Lawrence King

**KEY WEST BAR PILOTS ASSOCIATION** and **PIER B DEVELOPMENT CORP.**, a Florida Corporation,

      Plaintiff/Intervenor,

v.

**R. JOYCE GRIFFIN,** in her official capacity as **SUPERVISOR OF ELECTIONS FOR MONROE COUNTY, FLORIDA,** the **CITY OF KEY WEST,** a municipal corporation of the State of Florida, and **KEY WEST COMMITTEE FOR SAFER CLEANER SHIPS, INC.,** a Florida non-profit corporation

      Defendants.

_____/

## DECLARATION OF MARK WALSH

1. My name is Mark Walsh. I make this declaration on personal knowledge and pursuant to the provisions of 28 U.S.C. § 1746.

2. I am the president of Pier B Development Corp. ("Pier B Owner").

3. As the president of Pier B Owner, I am familiar with the business practices and procedures of Pier B Owner.

# EXHIBIT B

4. Pier B Owner is a Florida profit corporation with a principal place of business in Monroe County, Florida, and Pier B Owner owns the private property in the Port of Key West known as "Pier B."

5. Pier B entered into, and is subject to, prior regulations, development orders, and CCRs of the City of Key West, including but not limited to Resolution 93-405 and 99-457.

6. Pier B Owner entered into these regulations and limitations on the use of Pier B Owner's land for the operation of a cruiseport on Pier B.

7. The primary, and practically sole, economic value of the cruiseport of Pier B is to serve as a port of call for cruise ships.

8. Pier B is one of three docks at the Port of Key West that regularly accepts cruise ships, and it is the only privately-owned dock that accepts cruise ships.

9. Pier B Owner's disembarkation fees are based on the number of passengers on the manifests of the cruise ships that dock at Pier B; 25% of these revenues are provided to the City of Key West.

10. The Initiatives will extremely reduce the value of Pier B and result in a massive economic injury to Pier B Owner. The value of Pier B, pursuant to the Development Order with the City of Key West, is to provide dockage for cruise ships consistent with Pier B Owner's contractual obligations to the City of Key West to maximize revenues.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of August, 2020, in Delray Beach, Florida.

*/s/ Mark Walsh*
Mark Walsh