UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 4:20-cv-10076-JLK/BECERRA

KEY WEST BAR PILOTS ASSOCIATION,

    Plaintiff,

v.

R. JOYCE GRIFFIN, in her official capacity as
SUPERVISOR OF ELECTIONS FOR MONROE
COUNTY, FLORIDA; the CITY OF KEY WEST,
FLORIDA, a municipal corporation of the State of
Florida; and KEY WEST COMMITTEE FOR SAFER,
CLEANER SHIPS, INC., a Florida non-profit
corporation,

    Defendants.
_____/

## DEFENDANT KEY WEST COMMITTEE'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed. R. Civ. P, Defendant Key West Committee for Safer, Cleaner Ships, Inc. (the "Committee") hereby moves for summary judgment on all claims asserted in Plaintiffs' Second Amended Complaint (the "Complaint"). As the accompanying memorandum of law demonstrates, four (4) independent but interrelated reasons warrant entry of summary judgment in favor of the Committee:

    1.    Plaintiffs lack the constitutionally required Article III standing needed to prosecute the asserted claims and, therefore, this Court is without subject matter jurisdiction under Rule 12(b)(1), Fed. R. Civ. P.;

1

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

2. The pre-election claims asserted by Plaintiffs are not ripe for review and amount to a constitutionally inappropriate request for an advisory opinion on a matter that in the first instance is for Key West voters to decide;

3. Considerations of federalism, respect for voter choice, and limitations on this Court's discretionary supplemental jurisdiction under 28 USC §1367(c) strongly militate in favor of this Court abstaining from deciding federal constitutional issues and, instead, allowing State courts to decide supposedly dispositive Florida law issues assuming the three (3) Charter amendments receive Key West voter approval; and,

4. There is no exigency requiring this Court to act on an expedited time frame since the Committee has agreed to post a bond to cover the cost of an additional ballot mailing if that is even necessary; moreover, in the event any of the proposed charter amendments receive Key West voter approval, a post-election court of appropriate jurisdiction could, upon a proper showing, stay enforcement of the challenged Charter amendment(s) pending a trial on the merits.

## Local Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for the Committee has sought to confer with all parties or non-parties who may be affected by the relief sought in the above-discussed motion for summary judgment in a good faith effort to resolve the issues raised in that motion for summary judgment. Counsel for Plaintiffs has responded that the issues cannot be so resolved. Counsel for the co-defendants were attempted to be contacted, albeit after 5:00 p.m., and they have not communicated their position at this time.

2

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

Date: August 3, 2020

Respectfully submitted,

/s/ Peter W. Homer
Peter W. Homer, Esq.
HOMER BONNER JACOBS & ORTIZ, P.A.
Fla. Bar No. 291250
1441 Brickell Avenue
1200 Four Seasons Tower Suite
Miami, FL  33131
(305) 350-5100
fax (305) 372-2738
phomer@homerbonner.com

/s/ Matthew Farmer
Matthew P. Farmer, Esq.
FARMER & FITZGERALD, P.A.
Fla. Bar No. 0793469
400 N. Tampa St., Suite 2840
Tampa, FL  33602
(813) 228-0095
fax (813) 224-0269
MattFarmer1@aol.com
Counsel for Defendant Key West
Committee for Safer, Cleaner Ships, Inc.

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 3rd day of August 2020, a true and correct copy of the foregoing KEY WEST COMMITTEE'S MOTION FOR SUMMARY JUDGMENT was filed electronically via the CM/ECF system, which will send a notice of electronic filing on the 3rd day of August 2020, to the following counsel of record:

Bart Smith, Esq.
Bart@SmithHawks.com

Christopher Deem, Esq.
Chris@SmithHawks.com

Ashley Sybesma, Esq.
Ashley@SmithHawks.com
Nicola Pappas, Esq.
Nikki@SmithHawks.com

Robert Shillinger, Esq.
Shillinger-Bob@monroecounty-fl.gov

Peter Morris, Esq.
Morris-Peter@monroecounty-fl.gov

Patricia Eables, Esq.
Eables-Patricia@monroecounty-fl.gov

Charles Jonathan Benner, Esq.
jbenner@thompsoncoburn.com

Bruce Rogow, Esq.
brogow@rogowlaw.com

Tara Campion, Esq.
tcampion@rogowlaw.com

Shawn Smith, Esq.
sdsmith@cityofkeywest-fl.gov

                  By: s/ Peter W. Homer

4

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com