UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 4:20-cv-10076-JLK

KEY WEST BAR PILOTS
ASSOCIATION and PIER B
DEVELOPMENT CORP., a
Florida Corporation,

    Plaintiff,

v.

R. JOYCE GRIFFIN, in her official capacity as
SUPERVISOR OF ELECTIONS FOR MONROE
COUNTY, FLORIDA; the CITY OF KEY WEST,
a municipal corporation of the State of Florida; and
KEY WEST COMMITTEE FOR SAFER CLEANER
SHIPS, INC., a Florida non-profit corporation,

    Defendants.
_____/

## ORDER MODIFYING SCHEDULED BENCH TRIAL TO SUMMARY JUDGMENT HEARING

THIS MATTER is before the Court upon *sua sponte* review of the record.

The record reflects that this matter is set for a bench trial on August 12, 2020 (via Zoom) on Plaintiffs' request for a declaratory judgment. However, the Court has carefully reviewed the parties' pretrial stipulations and motions for summary judgment, and it appears the parties agree there are no factual issues for the Court to resolve. Instead, the Court appears to be faced with legal questions only, including (among other things) the issue of whether the Key West ballot initiatives violate the United States Constitution. For that reason, it appears to the Court at this time that instead of a bench trial, a better procedure would be to assess the parties' recently filed Motion for Summary Judgment (D.E. 37 and D.E. #40).

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that the bench trial set for August 12, 2020 be, and the same is hereby, **MODIFIED** to focus on the Summary Judgment motion previously filed by the parties (D.E. # 37 and 40).. The summary judgment hearing **will be held on the same date (and at the same time) as the bench trial was to occur, starting Wednesday, August 12, 2020 at 9:30 a.m. via Zoom**, **with the same zoom information**. The Court is primarily concerned with the issue of jurisdiction (i.e., whether this case is ripe for review, and whether Plaintiffs have standing to mount these legal challenges). Therefore, the parties should focus their arguments on jurisdiction.

It is further **ORDERED AND ADJUDGED** that the parties may excuse their fact witnesses that are not relevant to jurisdiction. If any party objects to this change in procedure, the Court will entertain any such objections at the outset of the hearing.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th day of August, 2020.

*James Lawrence King*
_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All Counsel of Record